# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Dorraine R. Kelley,<br><br>                                      Plaintiff,<br>     vs.<br><br>Commissioner of Social Security,<br><br>                                      Defendant. | CASE NO. 13cv1125-LAB-KSC<br><br>**ORDER DENYING REQUEST FOR CLERK'S ENTRY OF DEFAULT AND MOTION FOR DEFAULT JUDGMENT**<br><br>[Doc. Nos. 20, 21] |

Within one week of Kelley filing a request for entry of default and motion for default judgment, the Commissioner of Social Security filed an answer. Given the strong interest in the adjudication of a case on the merits, *In re Hammer*, 940 F.2d 524, 525 (9th Cir. 1991), and the Commissioner's recent appearance and obvious willingness to defend, Kelley's request and motion are summarily **DENIED**. This case shall go forward.

**IT IS SO ORDERED**.

DATED: May 8, 2014

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge